THOMAS M. HERLIHY (SBN 83615)
CATHERINE GREGORY (SBN 242006)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370
thomas.herlihy@wilsonelser.com
catherine.gregory@wilsonelser.com

Attorneys for Defendant
**RELIASTAR LIFE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SELLSTROM,<br><br>            Plaintiff,<br><br>    vs.<br><br>RELIASTAR LIFE INSURANCE COMPANY,<br>            Defendant. | Case No.: C-09-03532 SBA<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

|   |   |   |
|---|---|---|
| 1 | **STIPULATION** | |
| 2 | Pursuant to rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Susan Sellstrom | |
| 3 | and defendant ReliaStar Life Insurance Company, by and through their respective counsel, | |
| 4 | hereby stipulate and agree that this action may be, and hereby is, dismissed with prejudice. Each | |
| 5 | party shall bear her or its own attorney fees and costs of suit. | |

LAW OFFICES OF P. RANDALL NOAH

Dated: January 20, 2010

By: _____/s/ P. Randall Noah_____
P. Randall Noah
21 Orinda Way, Suite C
#316
Orinda, CA 94563
Phone: 925.253.5540
Fax: 925.253.5542
**Attorneys For Plaintiff Susan Sellstrom**

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: January 20, 2010

By____/s/ Catherine Gregory_____
Thomas M. Herlihy
Catherine Gregory
**Attorneys for Defendant ReliaStar Life Insurance Company**

**ORDER**

IT IS SO ORDERED.

Date: 1/25/10

_____*Saundra B. Armstrong*_____
Susan B. Armstrong, District Judge
United States District Court