1  THOMAS M. HERLIHY (SBN 83615)
   CATHERINE GREGORY (SBN 242006)
2  WILSON, ELSER, MOSKOWITZ,
     EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5  thomas.herlihy@wilsonelser.com
   catherine.gregory@wilsonelser.com

6  Attorneys for Defendant
   **RELIASTAR LIFE INSURANCE COMPANY**
7

8

9                 **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| SUSAN SELLSTROM, | Case No.: C-09-03532 SBA |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |
| vs. | |
| RELIASTAR LIFE INSURANCE COMPANY, | |
| Defendant. | |

1  **STIPULATION**

2  Pursuant to rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Susan Sellstrom

3  and defendant ReliaStar Life Insurance Company, by and through their respective counsel,

4  hereby stipulate and agree that this action may be, and hereby is, dismissed with prejudice.  Each

5  party shall bear her or its own attorney fees and costs of suit.

6                                                                     LAW OFFICES OF P. RANDALL NOAH

9  Dated:  January 20, 2010                          By:  _____/s/ P. Randall Noah_____
                                                                        P. Randall Noah
10                                                                    21 Orinda Way, Suite C
                                                                        #316
11                                                                    Orinda, CA 94563
                                                                        Phone: 925.253.5540
12                                                                    Fax: 925.253.5542
13                                                                    **Attorneys For Plaintiff Susan Sellstrom**

15                                                                    WILSON, ELSER, MOSKOWITZ, EDELMAN &
16                                                                    DICKER LLP

18  Dated:  January 20, 2010                          By____/s/ Catherine Gregory_____
                                                                        Thomas M. Herlihy
19                                                                    Catherine Gregory
                                                                        **Attorneys for Defendant ReliaStar Life**
20                                                                    **Insurance Company**

22                                                                  **ORDER**

23         IT IS SO ORDERED.

26  Date:  1/25/10                                              _____*Saundra B. Armstrong*_____
                                                                        Susan B. Armstrong, District Judge
27                                                                    United States District Court

28

-1-
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER
CASE NO. C-09-03532 SBA

502729.1